# Exhibit 1



CT Corporation
Service of Process Notification
03/18/2024
CT Log Number 546003566

## Service of Process Transmittal Summary

**TO:** Patrick Pope
Blue Cross & Blue Shield Association
ATTN: PATRICK BRAUER, 200 E. RANDOLPH, FL 17
CHICAGO, IL 60601

**RE:** Process Served in District of Columbia

**FOR:** BLUE CROSS & BLUE SHIELD ASSOCIATION  (Domestic State: N/A)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | RITA GREENE vs. TERENCE DAVIS |
| **CASE #:** | 2023CAB007865 |
| **PROCESS SERVED ON:** | C T Corporation System, Washington, DC |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 03/18/2024 |
| **JURISDICTION SERVED:** | District of Columbia |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780123371836 |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
1015 15th Street, NW
Suite 1000
Washington, DC 20005
866-539-8692
CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.





**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

MORGAN & MORGAN
                                       Plaintiff
vs.

BLUECROSS BLUESHIELD FEDERAL EMPLOYEE PROGRAM

Case Number  2023-CAB-007865

                                       Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

/s/Deborah M. Whelihan (#412454)

Name of Plaintiff's Attorney

Deborah M. Whelihan

Address
Whelihan Law. PLLC. P.O. Box 34

Nokesville, VA  20182

Telephone (703) 594-0419

*Clerk of the Court*

By _____

Deputy Clerk

Date  3/14/2024

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시요    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.***

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                                                                    Super. Ct. Civ. R. 4

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

RITA GREENE,

  Plaintiffs,

v.

TERENCE DAVIS, ESQUIRE. *et al.*,

  Defendants.

---

MORGAN & MORGAN, P.A.,

  Cross-Plaintiff,

v.

BLUECROSS BLUESHIELD FEDERAL
EMPLOYEE PROGRAM,
Mailroom Administrator
P.O. Box 14112
Lexington, Kentucky 40512-4112,

Serve On: CT CORPORATION SYSTEM
    1015 15th Street NW
    Washington, D.C. 20005,

And

CAREFIRST COMMUNITY
HEALTH PLAN OF THE
DISTRICT OF COLUMBIA
(CareFirst BlueCross BlueShield
Community Health Plan )
District of Columbia
1100 New Jersey Ave. SE
Suite 840
Washington, D.C. 20003

Civil Action No.: **2023-CAB-007865**
Calendar 12 - Judge Neal E. Kravitz
Next Event: Initial Scheduling Conference
03/29/2024 @ 9:30 a.m.

```
Serve On:  CT CORPORATION SYSTEM        *
           1015 15th Street NW          *
           Washington, D.C. 20005,      *
                                        *
           Cross-Defendants.            *
                                        *
```

### DEFENDANT MORGAN & MORGAN, P.A.'S CROSSCLAIM
### FOR INTERPLEADER AGAINST CROSS-DEFENDANTS
### BLUECROSS BLUESHIELD FEDERAL EMPLOYEE PROGRAM AND
### CAREFIRST COMMUNITY HEALTH PLAN OF THE DISTRICT OF COLUMBIA

Pursuant to D.C. Super. Ct. R. Civ. P. 13 and D.C. Super. Ct. R. Civ. P. 22, the defendant/cross-plaintiff, Morgan & Morgan, P.A., by and through its attorneys, Deborah Murrell Whelihan of Whelihan Law, PLLC, files this Crossclaim for Interpleader against the defendant/cross-defendants, BlueCross BlueShield Federal Employee Program ("BC FEP") and CareFirst Community Health Plan of the District of Columbia ("CF CHPDC"), and, for cause of action, states as follows:

### COUNT I

### ( Claim for Interpleader)

1. This defendant/cross-plaintiff, Morgan & Morgan, P.A. ("Morgan & Morgan"), has been sued by the original plaintiff, Rita Greene, who is *pro se*. Ms. Greene has also sued the defendant Terence Davis, Esquire, who was the Morgan & Morgan attorney assigned to represent Ms. Greene in 2023. Morgan & Morgan and Mr. Davis represented Ms. Greene until December 26, 2023, when, for professional reasons, including the conflict of interest that arose when Ms. Greene filed her lawsuit, they terminated the attorney-client relationship.

2. This defendant/cross-plaintiff Morgan & Morgan holds $29,872.18 in its D.C. IOLTA trust account in which it has no interest, but in which Ms. Greene claims to have the only

- 2 -

interests. The funds in trust of $29,872.18 are the remaining proceeds from a settlement after deductions authorized by Ms. Greene for attorney's fees earned by Morgan & Morgan and for reimbursement of costs advanced.

3. In April of 2022, Ms. Greene hired Morgan & Morgan to pursue her personal injury claims from a serious single car accident in which Ms. Greene was a passenger in her own vehicle and a third party, Michael Deon Howard, was the driver. Because Mr. Howard was driving Ms. Greene's vehicle with Ms. Greene's permission, Mr. Howard had liability coverage from Ms. Greene's personal automobile insurer, State Farm Mutual Automobile Insurance Company ("State Farm"). Mr. Howard otherwise was otherwise judgment proof and he did not have any automobile insurance or even a driver's license at the time of the accident.

4. Ms. Greene had incurred a considerable amount of health care bills from the accident and from other possibly unrelated treatment. Most, if not all of the health care bills, appeared to have been paid in full by the cross-defendants, BC FEP and CF CHPDC.

5. In February of 2023, Morgan & Morgan obtained a policy limits settlement from State Farm for Ms. Greene's claims against Mr. Howard.

6. During its representation of Ms. Greene, Morgan & Morgan obtained Ms. Greene's health care bills and Morgan & Morgan investigated the liens for which Ms. Greene would be obligated to pay from the settlement. Despite numerous communications with the cross-defendants, BC FEP and CF CHPDC, and, as of December 26, 2023, Morgan & Morgan was unable to determine the precise lien amounts that are claimed by the cross-defendants, BC FEP and CF CHPDC, and, therefore, Morgan & Morgan and Mr. Davis were not able to finally resolve and negotiate a reduction of those liens or obtain a waiver of those liens.

7.  The gravamen of Ms. Greene's lawsuit is her claim that Morgan & Morgan allegedly is improperly withholding the remaining policy limits bodily injury settlement funds, to which Ms. Greene alleges complete ownership. As Ms. Greene was told at the outset of the attorney-client relationship, Ms. Greene would be responsible for the payment of any liens, including liens asserted by her health care providers, from any recovery obtained by Morgan & Morgan. Morgan & Morgan cannot disburse the remaining settlement proceeds when it cannot determine if Ms. Greene is entitled to the entire amount or if the defendant/cross-defendants BC FEP and CF CHPDC are entitled to some or all of those proceeds.

8.  Since March of 2023, Ms. Greene has insisted that Morgan & Morgan and the defendant, Terence Davis, Esquire, pay her the settlement proceeds without any determination of, negotiation of, or payment of any liens. In her lawsuit, Ms. Greene erroneously claims that Morgan & Morgan has withheld her "winnings," that there are no liens, and that she is entitled to be paid 40% of the bodily injury policy limits settlement proceeds.

9.  Morgan & Morgan and Mr. Davis no longer are Ms. Greene's attorneys, and Ms. Greene does not have successor counsel to whom Morgan & Morgan could transfer the monies held in trust for the liens to be resolved and satisfied. Consequently, Morgan & Morgan has filed this Crossclaim in order to have the cross-defendants either prove the amounts of its liens or, alternatively, waive any liens.

10. Because Morgan & Morgan and Mr. Davis are not Ms. Greene's attorneys, Morgan & Morgan needs assistance from this Court in order to resolve the plaintiff's claim to the funds of $29,872.18 in its D.C. IOLTA trust account and to determine the liens that must be paid by the plaintiff from those funds. Morgan & Morgan is also willing to deposit the funds of $28,872.18 into this Court's registry in accordance with D.C. Super. Ct. R. Civ. P. 67.

- 4 -

WHEREFORE, the cross-plaintiff/defendant, Morgan & Morgan, P.A., requests that this Court order the cross-defendants, BlueCross BlueShield Federal Employee Program and CareFirst Community Health Plan of the District of Columbia, to prove or waive their respective liens to the funds held in trust and resolve the plaintiff's claim to the funds of $29,872.18 in its D.C. IOLTA trust account in which it has no interest after determining the liens that must be paid by the plaintiff from those funds so that the cross plaintiff/defendant may properly disburse the funds to the plaintiff without liability for Ms. Greene.

Respectfully submitted,

*/s/ Deborah Murrell Whelihan*
Deborah Murrell Whelihan (Bar #412454)
Whelihan Law, PLLC
P.O. Box 34
Nokesville, Virginia 20182
Phone: 703-594-0419
Facsimile: 571-662-5219
Email: deborahwhelihan@gmail.com
*Attorney for Defendant and Cross-Plaintiff*
*Morgan & Morgan, P.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Crossclaim was electronically filed and served through eFileDC and by regular mail, postage prepaid, on this 4th day of March, 2024 to:

Ms. Rita Greene
3000 7th Street, Unit 219
Washington, D.C. 20017

*/s/ Deborah Murrell Whelihan*
Deborah Murrell Whelihan



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION
JAN 29 2024
Superior Court of the
District of Columbia

Case No. 2023 CAB 007865

**COMPLAINT** Amendment

Jurisdiction of this Court is founded on D.C. Code § 11-921.

**PLAINTIFF:** Rita Greene
vs.
**DEFENDANT:** Terrance Davis / Morgan & Morgan

**Address:** 3000 7th St NE #219
**Address:** 1901 Pennsylvania Ave NW #300

**City/State/Zip:** Washington, DC 20017
**City/State/Zip:** Washington, D.C. 20006

**Telephone:** 202-486-4775
**Telephone:** 202-772-0596
                1-888-488-0018
                202-772-0571

**Email (optional):** ritag6198@gmail.com
**Email (optional):** CXe.forthepeople.com

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

Formal Complaint against Morgan & Morgan Attorney Terrance Davis regarding Personal Injury case w/ State Farm Insur. The case was won; I received summary of my winnings but Morgan & Morgan withheld with prejudice.

2. What relief are you requesting from the Court? Include any request for money damages.

I am requesting 40% of the $50,000 winnings; the cost of a vehicle purchase + repossed due to lack of communication with Morgan & Morgan. Suffery due increased Meds for anxiety + depression; Cost of vechicle insurance lapse

Form CA-3074 [Rev. Nov. 2017]            1            Super. Ct. Civ. R. 3

3. State any other information, of which the Court should be aware:

Please See Attachment(s).

Mr. Davis Fore warned me that No Attorney will accept a case that has been resolved which is why I am defending my self

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_____
SIGNATURE

12/29/2023
DATE

Subscribed and sworn to before me this _____ 29th _____ day of January, 20__

_____
(Notary Public/Deputy Clerk)

2



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Deborah M Whelihan
Vorys Sater Seymour and Pease LLP
1909 K Street NW
Suite 900
Washington DC  20006

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

Case Caption:   Rita Greene v. Terrance Davis et al.

To:   Deborah M Whelihan                          Case Number:    2023-CAB-007865

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) Remote Initial Scheduling Conference on 03/29/2024 at 9:30 AM in Remote Courtroom 131.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.
   Link: dccourts.webex.com/meet/ctb131
   Meeting ID: 2336 589 2483
2) Click "Join Meeting". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## Accessibility and Language Access Information for Superior Court

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services:**

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice. For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de Interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጉሜ አገልግሎቶች፡**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፤ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ እናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።